1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

8

EASTERN DISTRICT OF CALIFORNIA

9
10

11    CHRISTOPHER JOHN WILSON,                     Case No. 1:21-cv-01651-JLT (PC)

12              Plaintiff,                          **ORDER TO SUBMIT APPLICATION
                                                    TO PROCEED *IN FORMA PAUPERIS*
13        v.                                        OR PAY FILING FEE**

14    DELANO STATE PRISON, et al.,

15              Defendants.                         **45-DAY DEADLINE**

16

17          Plaintiff is a state prisoner proceeding *pro se* in a civil rights action pursuant to 42 U.S.C.

18    § 1983.  Plaintiff has not paid the $402.00 filing fee or applied to proceed *in forma pauperis*

19    ("IFP") pursuant to 28 U.S.C. § 1915.  Accordingly, **within 45 days** of the date of service of this

20    order, Plaintiff **SHALL** submit the attached application to proceed IFP completed and signed or,

21    in the alternative, pay the $402.00 filing fee for this action. No requests for extension of time will

22    be granted without a showing of good cause. **Failure to comply with this order will result in

23    dismissal of this action.**

24          The Clerk of Court is directed to attach an IFP application form to this order.

25
      IT IS SO ORDERED.
26

27      Dated:   __November 22, 2021__          _____/s/ Jennifer L. Thurston__
                                                CHIEF UNITED STATES MAGISTRATE JUDGE
28