UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER JOHN WILSON,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>OFFICER SHARPS, *et al.*,<br><br>　　　　　Defendants. | Case No. 1:21-cv-01651-CDB (PC)<br><br>FINDINGS AND RECOMMENDATIONS TO DISMISS CERTAIN DEFENDANTS<br><br>(Doc. 20)<br><br>**FOURTEEN (14) DAY DEADLINE**<br><br>Clerk of Court to assign District Judge. |

　　　Plaintiff Christopher John Wilson is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action filed under 42 U.S.C. § 1983. On June 30, 2023, the Court screened the complaint and found it states a cognizable claim for Eighth Amendment excessive force against Defendants Sharp and Ward. (Doc. 19.) The Court further found the allegations do not state a claim against the Warden, North Kern State Prison (NKSP), or California Department of Corrections and Rehabilitation. (*Id.* at 8.)

　　　In response to the screening order, Plaintiff filed a first amended complaint stating he "agrees with the Court that [he] can only proceed with the two Defendants Officers Sharps and Z. Ward and dismiss the Warden[,] NKSP and CDCR." (Doc. 20.) The Court construes this response as an election to proceed on the complaint as screened.

Accordingly, it is hereby RECOMMENDED that the Court dismiss as defendants the Warden of NKSP, NKSP, and CDCR.

These Findings and Recommendations will be submitted to the United States District Judge assigned to this case pursuant to 28 U.S.C. § 636(b)(l). **Within fourteen (14) days** from the date of service of these Findings and Recommendations, Plaintiff may file written objections with the Court. The document should be titled, "Objections to Magistrate Judge's Findings and Recommendations." Plaintiff's failure to file objections within the specified time may result in waiver of his rights on appeal. *Wilkerson v. Wheeler*, 772 F.3d 834, 839 (9th Cir. 2014) (citing *Baxter v. Sullivan*, 923 F.2d 1391, 1394 (9th Cir. 1991)).

The Clerk of Court is directed to assign a District Judge.

IT IS SO ORDERED.

Dated:   **July 26, 2023**

UNITED STATES MAGISTRATE JUDGE