1

2

3

4

5

6

7

8                        UNITED STATES DISTRICT COURT

9                        EASTERN DISTRICT OF CALIFORNIA

10

11    CHRISTOPHER JOHN WILSON,              Case No. 1:21-cv-01651-CDB (PC)

12                 Plaintiff,               ORDER GRANTING EX PARTE
                                            MOTION FOR LEAVE TO FILE EARLY
13          v.                              MOTION FOR SUMMARY JUDGMENT
                                            AND TO EXTEND TIME TO RESPOND
14    OFFICER SHARPS, *et al.*,             TO COMPLAINT

15                 Defendants.              (Doc. 32)

16

17

18          Plaintiff Christopher John Wilson is a state prisoner proceeding pro se and *in forma*

19    *pauperis* in this civil rights action filed under 42 U.S.C. § 1983. On August 28, 2023, the

20    assigned district judge adopted the findings and recommendations of the undersigned that the

21    action proceed on Plaintiff's claims in the operative First Amended Complaint (FAC) for Eighth

22    Amendment excessive force against Defendants Sharp and Ward. (Docs. 25, 30).  Summonses

23    were issued and on August 30, 2023, Defendants waived service, thereby setting October 9,

24    2023, as their deadline for responding to the FAC.  (Doc. 31).

25          Pending before the Court is Defendants' motion for leave to file a pre-answer motion for

26    summary judgment on Plaintiff's failure to exhaust administrative remedies and for an extension

27    of time to respond to the complaint.  (Doc. 32).  In support of the motion, counsel for Defendants

28    attests that through researching the claims advanced in Plaintiff's FAC, he determined that

1    Plaintiff "likely did not exhaust his administrative remedies." (*Id.* at 7, ¶ 5).  Defendants argue

2    that granting their motion will serve the interests of judicial and litigation efficiency and economy

3    by potentially disposing of the action at an early stage, saving the parties and the Court time and

4    resources. (*Id.* at 5-6).

5         Defendants' requested relief is consistent with the Court of Appeals' direction that

6    exhaustion be adjudicated through a motion for summary judgment. *See Albino v. Baca*, 747 F.3d

7    1162, 1166, 1168, 1170 (9th Cir. 2014) (en banc).  Accordingly, for good cause shown, the Court

8    shall grant Defendants' motion *ex parte*.

9    **Conclusion and Order**

10        Accordingly, it is hereby ORDERED that:

11        1. Defendants' motion for leave to file a pre-answer motion for summary judgment on

12           Plaintiff's failure to exhaust administrative remedies and for an extension of time to

13           respond to the FAC (Doc. 32) is GRANTED;

14        2. Defendants shall file any pre-answer motion for summary judgment no later than

15           November 16, 2023;

16        3. Plaintiff shall file an opposition or statement of non-opposition to Defendants' motion

17           for summary judgment within 30 days of its filing;

18        4. Defendants shall file any reply in further support of their motion for summary

19           judgment within 14 days of the filing of Plaintiff's opposition; and

20        5. In the event any portion of Plaintiff's action survives Defendants' motion for summary

21           judgment, Defendants shall respond to Plaintiff's FAC within 21 days of the assigned

22           district judge's order on Defendants' motion for summary judgment.

23   IT IS SO ORDERED.

24   Dated:  __October 5, 2023__      _____

25                                    UNITED STATES MAGISTRATE JUDGE