# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER JOHN WILSON,<br><br>Plaintiff,<br><br>v.<br><br>DELANO STATE PRISION, et. al,<br><br>Defendants. | Case No. 1:21-CV-1651-KES-CDB<br><br>**ORDER FOLLOWING SETTLEMENT CONFERENCE, VACATING DATES AND DIRECTING PARTIES TO FILE DISPOSITIVE DOCUMENTS**<br><br>(ECF No. 50) |

The Court conducted a settlement conference in this action on June 3, 2024, at which the parties reached a settlement agreement.

Based upon the settlement of this action, IT IS HEREBY ORDERED that:

1. All pending matters and dates in this action are VACATED; and

2. The parties shall file dispositive documents within thirty (30) days of entry of this order.

IT IS SO ORDERED.

Dated:   **June 3, 2024**          /s/ *Barbara A. McAuliffe*          
                                   UNITED STATES MAGISTRATE JUDGE

1