**FILED**

JUN 03 2024

CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER JOHN WILSON,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>DELANO STATE PRISON, *et al.*,<br><br>　　　　Defendants. | Case No.: 1:21-cv-01651-KES-CDB (PC)<br><br>ORDER THAT INMATE CHRISTOPHER JOHN WILSON IS NO LONGER NEEDED AS A WITNESS IN THESE PROCEEDINGS, AND THE WRIT OF HABEAS CORPUS AD TESTIFICANDUM IS DISCHARGED |

　　　A settlement conference in this matter commenced on June 3, 2024 at California State Prison, Corcoran. Inmate Christopher John Wilson, CDCR #BN-1905, is no longer needed by the Court as a witness in these proceedings, and the writ of habeas corpus ad testificandum as to this inmate is HEREBY DISCHARGED.

DATE: 6/3/24

_____
UNITED STATES MAGISTRATE JUDGE