UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER JOHN WILSON,<br><br>Plaintiff,<br><br>v.<br><br>DELANO STATE PRISON, et al.,<br><br>Defendants. | Case No. 1:21-cv-01651-KES-CDB (PC)<br><br>**ORDER REGARDING STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE**<br><br>(Doc. 63) |

Plaintiff Christopher John Wilson is a state prisoner appearing pro se and *in forma pauperis* in this action pursuant to 42 U.S.C. § 1983.

On June 3, 2024, during a settlement conference held before Magistrate Judge Barbara A. McAuliffe, the parties settled their dispute. (*See* Doc. 61 [minutes].) Judge McAuliffe vacated all pending matters and dates and ordered dispositional documents be filed within 30 days. (Doc. 60.)

On June 7, 2024, the parties filed a Stipulation for Voluntary Dismissal with Prejudice. (Doc. 63.) The stipulation is signed and dated by Plaintiff Christopher John Wilson and by Donato Catrina, counsel for Defendants M. Sharp and P. Ward, and indicates that each party shall bear its own litigation costs and attorney's fees. (*Id.*)

Accordingly, this action is terminated by operation of law without further order from the Court. Fed. R. Civ. P. 41(a)(1)(A)(ii). The Clerk of the Court is directed to terminate all pending motions and deadlines and to close this case.

IT IS SO ORDERED.

Dated: **June 10, 2024**

UNITED STATES MAGISTRATE JUDGE